## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 20-cr-0185-bhl-11

    v.

LUIS F GOMEZ, JR,

        Defendant.

## ORDER

On October 6, 2020, a federal grand jury returned a fifteen-count indictment against defendant Luis F. Gomez, Jr. and twenty-five co-defendants.  (ECF No. 107.)  The indictment charges Gomez with one count of conspiracy to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.  (*Id.*)  On January 21, 2021, Gomez's case was reassigned to Judge Brett H. Ludwig.  Gomez's twenty-five co-defendants remain before Judge J.P. Stadtmueller.

The government has moved to declare Gomez's case complex. (ECF No. 126.)  In support of the motion, the government argues that the case is a multi-district conspiracy, with many defendants, and contains "substantial and voluminous" discovery.  (*Id.*)  The government indicates that discovery includes eight Title III wire and electronic intercepts, one Snapchat Title III intercept, numerous law enforcement reports with attachments, pleadings associated with multiple search warrants, photographs from the search warrants, video recordings from surveillance, extraction reports for seized cellular devices, and U.S. Postal Service surveillance footage.  (*Id.*)  In total, the government has multiple terabytes of information to disseminate to the defendant.  (*Id.*)  Based on the amount of discovery, the government argues that "it would be unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established" by the Speedy Trial Act.  (*Id.*)  The Court agrees.

Given the volume and nature of the discovery, the Court finds that it is appropriate to designate the case complex. Additionally, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii), the Court finds that based on the complexity of this case, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits set by the Speedy Trial Act. Further, the Court finds that under 18 U.S.C. §3161(h)(7)(A), the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. Accordingly,

**IT IS HEREBY ORDERED** that *United States v. Gomez, Jr.*, Case No. 20-cr-0185-bhl-11 is designated as complex.

**IT IS FURTHER ORDERED** that a scheduling conference will be held before Magistrate Judge Nancy Joseph no later than **February 12, 2021**.

**IT IS FURTHER ORDERED** that the time between today's date and the scheduling conference is excluded from the speedy trial deadline of 18 U.S.C. §3161(c)(1).

Dated at Milwaukee, Wisconsin on January 29, 2021.

s/ Brett H. Ludwig
_____
BRETT H. LUDWIG
United States District Judge